# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CITY OF EVANSTON and THE UNITED STATES CONFERENCE OF MAYORS, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFERSON BEAUREGARD SESSIONS III, in his official capacity as Attorney General of the United States, <br><br> Defendant. | Case No. 18-cv-4853 |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that plaintiff The United States Conference of Mayors, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order dated August 9, 2018 (Dkt. No. 23).

Dated: August 9, 2018

Respectfully submitted,

THE UNITED STATES CONFERENCE OF MAYORS

By: /s/ Brian C. Haussmann
*Counsel for the United States Conference of Mayors*

Brian C. Haussmann
John M. Fitzgerald
Katherine M. O'Brien
Kyle A. Cooper
TABET DIVITO & ROTHSTEIN LLC
209 South LaSalle Street, 7th Floor
Chicago, IL 60604
Telephone: (312) 762-9450
bhaussmann@tdrlawfirm.com
jfitzgerald@tdrlawfirm.com
kobrien@tdrlawfirm.com
kcooper@tdrlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2018, I electronically filed the foregoing document by using the Court's CM/ECF system. Counsel for all parties are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

By: /s/ Brian C. Haussmann
Brian C. Haussmann