**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **CITY OF EVANSTON** and **THE UNITED STATES CONFERENCE OF MAYORS,** | |
| *Plaintiffs,* | Case No. 1:18-cv-04853 |
| v. | Hon. Harry D. Leinenweber |
| **JEFFERSON BEAUREGARD SESSIONS III,** in his official capacity as Attorney General of the United States, | |
| *Defendant.* | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant Jefferson Beauregard Sessions III, Attorney General of the United States, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order granting Plaintiffs' Motion for a Preliminary Injunction dated August 9, 2018 (Dkt. No. 23).

DATED:  October 5, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JOHN R. LAUSCH, JR.
United States Attorney

JOHN R. TYLER
Assistant Director

*/s/ Brad P. Rosenberg*
BRAD P. ROSENBERG (D.C. Bar No. 467513)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530

1

Phone: (202) 514-3374
Fax: (202) 616-8470
E-Mail:   brad.rosenberg@usdoj.gov

*Counsel for Defendant*