# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 15, 2018

*By the Court:*

| | |
|---|---|
| No. 18-3178 | CITY OF EVANSTON, et al., <br> Plaintiffs - Appellees <br><br> v. <br><br> JEFFERSON B. SESSIONS III, Attorney General of the United States, <br> Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:18-cv-04853 <br> Northern District of Illinois, Eastern Division <br> District Judge Harry D. Leinenweber | |

Upon consideration of the **JOINT MOTION TO HOLD APPEAL IN ABEYANCE**, filed on October 12, 2018, by counsel for the parties,

**IT IS ORDERED** that the joint motion to hold appeal in abeyance is **GRANTED**. The parties shall file status reports regarding the proceedings in the district court by January 14, 2019.

form name: **c7_Order_BTC**(form ID: **178**)