UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CITY OF EVANSTON and THE UNITED
STATES CONFERENCE OF MAYORS,

                    Plaintiffs,

     v.

WILLIAM P. BARR, in his official capacity as
Attorney General of the United States,

                    Defendant.

Case No. 1:18-cv-04853

Hon. Harry D. Leinenweber

## DEFENDANT'S MOTION TO DISMISS,
## OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Defendant Attorney General William P. Barr hereby moves the Court, pursuant to Rule

12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss the Amended

Complaint filed in this matter, or in the alternative, to grant summary judgment in favor of the

Defendant, pursuant to Rule 56, upon all counts of the Amended Complaint.

This motion is based upon the accompanying memorandum in support, Defendant's

Request for Judicial Notice, Defendant's Local Rule 56.1 Statement of Undisputed Material Facts,

the Administrative Record filed in this matter, and the record in this case.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JOHN R. LAUSCH, JR.
United States Attorney

JOHN R. TYLER
BRAD P. ROSENBERG
Assistant Directors

/s/ Daniel D. Mauler
Daniel D. Mauler (Virginia State Bar No. 73190)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Phone: (202) 616-0773
Fax: (202) 616-8470
E-Mail:   dan.mauler@usdoj.gov

*Counsel for Defendant*