# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

October 23, 2019

*By the Court:*

| No. 18-3178 | CITY OF EVANSTON, et al.,<br>  Plaintiffs - Appellees<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States,<br>Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:18-cv-04853<br>Northern District of Illinois, Eastern Division<br>District Judge Harry D. Leinenweber ||

Upon consideration of the **JOINT STIPULATION OF DISMISSAL**, filed on October 23, 2019, by Attorney Daniel Tenny,

**IT IS ORDERED** that this appeal is voluntarily **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: c7_FinalOrderWMandate(form ID: 137)