UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF EVANSTON and THE UNITED STATES CONFERENCE OF MAYORS,<br><br>       *Plaintiffs*,<br> v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States,<br><br>       *Defendant*. | Case No. 1:18-cv-04853<br><br>Hon. Harry D. Leinenweber |

## NOTICE OF APPEAL

Notice is hereby given that Defendant William P. Barr, in his official capacity as Attorney General of the United States, appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Final Judgment and Order (Docket No. 94) entered on September 26, 2019 in this matter.

       Respectfully submitted,

       JOSEPH H. HUNT
       Assistant Attorney General

       BRIGHAM J. BOWEN
       Assistant Branch Director

       */s/ Daniel D. Mauler*
       Daniel D. Mauler
       Charles E. Roberts
       Trial Attorneys
       U.S. Department of Justice
       Civil Division, Federal Programs Branch
       1100 L Street, N.W.
       Washington, DC 20530
       Phone: (202) 616-0773

Fax: (202) 616-8470
E-Mail: dan.mauler@usdoj.gov
charles.e.roberts@usdoj.gov
*Counsel for Defendant*