IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CITY OF EVANSTON and THE UNITED STATES CONFERENCE OF MAYORS**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **WILLIAM P. BARR**, <br> Attorney General of the United States, <br><br> *Defendant*. | Civil Action No. 1:18-cv-4853 <br><br> Hon. Harry D. Leinenweber |

**DEFENDANT'S MOTION FOR LEAVE TO RESPOND TO UNITED STATES CONFERENCE OF MAYORS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant William P. Barr, in his official capacity as Attorney General of the United States, respectfully moves the Court for an order granting leave to file a Response to Plaintiff United States Conference of Mayors' (USCM) Notice of Supplemental Authority. USCM Notice, ECF No. 119. In support, Defendant states as follows:

1. On February 28, 2020 the parties completed briefing on USCM's Motion for Attorney Fees pursuant to the Equal Access to Justice Act. *See* ECF Nos. 100, 109, 111.

2. On March 2, 2020, Defendant filed a Notice of Supplemental Authority regarding the Second Circuit's recent decision in *New York v. U.S. Department of Justice*, 951 F.3d 84 (2d Cir. 2020). ECF No. 112. USCM responded on March 10, 2020. ECF No. 113-1.

3. On March 26, 2020, USCM filed a Notice of Supplemental Authority, raising new arguments in support of its Motion for Attorney Fees based on the First Circuit's recent decision in *City of Providence v. Barr*, No. 19-1802, 2020 WL 1429579 (1st Cir. Mar. 24, 2020).

— 1 —

4.     To address USCM's new arguments and supplemental authority, Defendant respectfully seeks leave to file a brief response.

For the reasons stated, Defendant respectfully moves the Court for an order granting leave to file a Response to USCM's Notice of Supplemental Authority attached to this motion as Exhibit A.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Charles E.T. Roberts*
Charles E.T. Roberts (PA Bar No. 326539)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20530
Phone: (202) 305-8628
Fax: (202) 616-8470
E-Mail: charles.e.roberts@usdoj.gov

*Counsel for Defendant*