# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

September 10, 2021

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

|  | CITY OF EVANSTON, ILLINOIS, et al., Plaintiffs - Appellees |
|---|---|
| Nos. 20-2150 and 20-2447 | v. |
|  | MERRICK B. GARLAND, Attorney General of the United States, Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:18-cv-04853 |
| Northern District of Illinois, Eastern Division |
| District Judge Harry D. Leinenweber |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                    F.R.A.P. 42(b)

STATUS OF THE RECORD:                 no record to be returned

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_Mandate**    (form ID: **135**)