# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

September 10, 2021

*By the Court*:

| | |
|---|---|
| Nos. 20-2150 and 20-2447 | CITY OF EVANSTON, ILLINOIS, et al., Plaintiffs - Appellees<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General of the United States, Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:18-cv-04853<br>Northern District of Illinois, Eastern Division<br>District Judge Harry D. Leinenweber | |

Upon consideration of the **MOTION TO VOLUNTARILY DISMISS APPEALS**, filed on September 9, 2021, by counsel for appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**     (form ID: **137**)